# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **GREAT RIVER INSURANCE COMPANY,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 04-282-CB-C** |
| **PRECISION PLASTERING, INC., et al.,** | |
| **Defendants.** | |

## ORDER

Plaintiff filed a Motion (doc. 39) to Stay proceedings in this action. No other party has objected. The motion is based upon the progress of the underlying state action from which this declaratory judgment action arises; it appears well-founded.

Accordingly, it is hereby **ORDERED** that plaintiff's Motion to Stay is **GRANTED** and that all proceedings in this action are **STAYED** pending further order of the court. The plaintiff shall immediately notify the court of the resolution of the state court action or any other event which would affect the stay or the need to leave this action pending before the court.

**DONE** this the 2nd day of May, 2005.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**